IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JUAN MANUEL GONZALEZ MARTINEZ, | 8:19CV268 |
| Petitioner, | |
| vs. | ORDER |
| LANCASTER DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |

IT IS ORDERED that:

(1) Petitioner's Motion for Leave to Proceed in Forma Pauperis (Filing no. 12) is denied.

(2) The Clerk of Court shall send Petitioner the form for a Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2254.

(3) If Petitioner files a § 2254 petition, the Clerk of Court shall file the petition in a new case.

Dated this 29th day of January, 2020.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge